**[NOT YET SCHEDULED FOR ORAL ARGUMENT]**

**IN THE UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | |
|---|---|
| **TECHFREEDOM,**<br><br>**Petitioner,**<br><br>**v.**<br><br>**FEDERAL AVIATION ADMINISTRATION,**<br><br>**Respondent.** | **No. 16-1062** |

**CONDITIONAL MOTION TO DISMISS**

Petitioner TechFreedom challenges a December 16, 2015, rule of the Federal Aviation Administration (FAA). Under 49 U.S.C. § 46110, a petition for review challenging a final order of the FAA must be filed within sixty days unless the petitioner can demonstrate "reasonable grounds for not filing by the 60th day." *Id.* § 46110(a). A petition for review challenging FAA's December 16 rule was therefore due on February 16, 2016.

We are filing this motion to identify what appears to be a timeliness issue with respect to the petition for review. The time stamp on the petition for review indicates that it was filed in the Court's after-hours drop box at 12:49a.m. on February 17, the day after the statutory deadline for filing the petition. Thus, unless petitioner is able to

demonstrate reasonable grounds for the failure to timely file, the petition for review should be dismissed.

**CONCLUSION**

For the foregoing reasons, the Court should dismiss the petition for review unless petitioner can demonstrate reasonable grounds for its untimely filing.

Respectfully submitted,

**s/ Abby C. Wright**

MICHAEL S. RAAB
(202) 514-5089
ABBY C. WRIGHT
(202) 514-0664
Attorneys, Appellate Staff
Civil Division
U.S. Department of Justice
950 Pennsylvania Ave., N.W.
Room 7252
Washington, D.C. 20530

FEBRUARY 2016

## CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2016, I electronically filed the foregoing with the Clerk of the Court by using the appellate CM/ECF system. Service will be accomplished by the appellate CM/ECF system.

**s/ Abby C. Wright**
ABBY C. WRIGHT